UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**SEGUNDO DIMAS PRADO RUIZ #67094-018**       **CASE NO.  2:25-CV-00767 SEC P**

**VERSUS**                                   **JUDGE JAMES D. CAIN, JR.**

**FELIPE MARTINEZ JR**                       **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

Upon consideration of the Report and Recommendation [doc. 7] filed by the Magistrate Judge, noting the lack of objections thereto, and after a de novo review of the record and applicable law, the undersigned hereby **ORDERS, ADJUDGES,** and **DECREES** that the Report and Recommendation [doc. 7] be **ADOPTED** and that the petition be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 9th day of October, 2025.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**